FILED
SEP 0 1 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff  )<br>  )<br>vs.  )<br>  )<br>YONATAN CARMONA,  )<br>  )<br>          Defendant.  ) | Case No. 09CR2229-GT<br><br>ORDER CONTINUING<br>SENTENCING HEARING |

Good Cause appearing therefor;

IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case be continued from October 7, 2009, at 9:00 a.m., to October 29, 2009 at 9:00 a.m.

DATED: August 31 2009

Hon. Gordon Thompson, Jr.
United States District Court Judge

1