FILED
OCT 28 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>YONATAN CARMONA,<br><br>Defendant. | Case No. 09CR2229-GT<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

Good Cause appearing therefor;

IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case, currently scheduled for October 29, 2009, at 9:00 a.m., be continued to November 12, 2009, at 9:00 a.m.

DATED: October 28, 2009

HONORABLE GORDON THOMPSON, JR.
United States District Court Judge

1